In the Matter of RALPH P. FRANCO, Appellant, v. BOARD OF ELECTIONS FOR THE COUNTY OF NASSAU et al., Respondents.—

Christ, P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.

## THIRD DEPARTMENT, SEPTEMBER, 1970

## (September 4, 1970)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH DARLING, Appellant.—

Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Cooke, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID TYLER, Petitioner, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

In the Matter of JAMES D. WILSON, Petitioner, v. NORMAN L. HARVEY, as a Justice of the Supreme Court, Respondent.—

Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Cooke, JJ., concur.